COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-16-00383-CV

Style:     In re International Agencies Co., Ltd., Relator

Date motion filed[*]:     June 2, 2016

Type of motion:     Opposed Motion to Extend Time to File Response to Motion to

Reconsider Stay of Trial Court's Order

Party filing motion:     Relator International Agencies Co., Ltd.

Document to be filed:     Relator's Response to Motion to Reconsider Stay

Is appeal accelerated?     Yes (original proceeding).

If motion to extend time:

     Original due date:     June 2, 2016

     Number of extensions granted:     0     Current Due Date:  June 2, 2016

     Date Requested:     June 6, 2016

Ordered that motion is:

     ☐ Granted

          If document is to be filed, document due:  N/A.

     ☐ Denied

     ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

     ☑ Other: _____

     Relator's extension request is dismissed as moot because it filed its response on June 2, 2016.  The motion to reconsider will be carried for consideration with the petition.

Judge's signature: /s/ Laura C. Higley

          ☑ Acting individually     ☐ Acting for the Court

Date: June 3, 2016

November 7, 2008 Revision